UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN FREEMAN WILLIAMS                    CIVIL ACTION

VERSUS                                    NO. 10-1521

STATE OF LOUISIANA                        SECTION "F"(4)

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that John Freeman Williams's petition for issuance of a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 20th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE